UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CADDY PRODUCTS, INC.,                 Civil   05-1231 JRT/FLN

    Plaintiff,

v.                                   O R D E R

SEATING CONCEPTS, LLC,

    Defendant.

Richard G. Jensen, **FABYANSKE, WESTRA, HART & THOMSON**, 800 LaSalle Avenue, Suite 1900, Minneapolis, Minnesota 55402, for plaintiff.

Peter M. Lancaster, **DORSEY & WHITNEY**, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, for defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 29, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to transfer [#12] is DENIED.

DATED: April 24, 2006                       s/John R. Tunheim
at Minneapolis, Minnesota               JOHN R. TUNHEIM
                                                 United States District Judge